| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MANDELBAUM BARRETT PC<br>3 Becker Farm Road, Suite 105<br>Roseland, New Jersey 07068<br>Ph.:  973-736-4600<br>Fax: 973-736-4670<br>Vincent J. Roldan<br>vroldan@mblawfirm.com<br><br>Attorneys for Moshe Wechsler | |
| In Re:<br><br>**MLS BERKOWITZ INVESTMENTS LLC,**<br><br>                    Debtor | Case No.  23-15334 (CMG)<br><br>Chapter 11 |
| **EDWIN H. STIER, Wind-Down Trustee**,<br><br>                    Plaintiff,<br><br>v.<br><br>**SETH BERKOWITZ, MARK BERKOWITZ, LOIS BERKOWITZ, ALLIED SALT LLC, BMW BANK a/k/a BMW FINANCIAL SERVICES, ARION FUND MANAGEMENT LLC, BOROUGH OF SADDLE RIVER, BJC MIKVAH, INC., MOSHE WECHSLER**, LEVITIN & ASSOCIATES P.C. and JOHN DOES 1-10,<br><br>                    Defendants. | Adv. No. 25-01138 |

**MOSHE WECHSLER'S ANSWER TO COMPLAINT**

Moshe Wechsler ("Wechsler") by and through his undersigned attorneys, as and for his Answer and Affirmative Defenses to the Complaint (the "Complaint"), states as follows:

1

4922-9493-4350, v. 4

## **PARTIES, JURISIDICTION AND VENUE**

1. Paragraph 1 contains a statement of the case to which no response is required.

2. Paragraph 2 contains a statement of the case to which no response is required.

3. Paragraph 3 contains a statement of the case to which no response is required.

4. Paragraph 4 contains a statement of the case to which no response is required.

5. Paragraph 5 contains a statement of the case to which no response is required.

6. Paragraph 6 contains a statement of the case to which no response is required.

7. Paragraph 7 contains a statement of the case to which no response is required.

8. Paragraph 8 contains a statement of the case to which no response is required.

9. Paragraph 9 contains a statement of the case to which no response is required.

## **THE PARTIES**

10. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 of the Complaint.

11. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of the Complaint.

12. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 of the Complaint.

13. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 of the Complaint.

14. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 of the Complaint.

15. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 of the Complaint.

4922-9493-4350, v. 4

16. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 of the Complaint.

17. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 of the Complaint.

18. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 of the Complaint.

19. Wechsler denies the allegations contained in Paragraph 19 of the Complaint.

20. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 of the Complaint.

21. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 of the Complaint.

22. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained in Paragraph 22 of the Complaint.

23. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 of the Complaint.

24. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 of the Complaint.

25. Wechsler admits that he has an office at 777 Chestnut Ridge Road and denies the balance of the allegations contained in Paragraph 25 of the Complaint.

26. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 of the Complaint.

27. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 of the Complaint.

4922-9493-4350, v. 4

## ALLEGATIONS COMMON TO ALL COUNTS

28. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28 of the Complaint.

29. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29 of the Complaint.

30. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30 of the Complaint.

31. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31 of the Complaint.

32. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32 of the Complaint.

33. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33 of the Complaint.

34. Wechsler denies the allegations contained in Paragraph 34 of the Complaint.

35. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35 of the Complaint.

36. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36 of the Complaint.

37. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37 of the Complaint.

38. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38 of the Complaint.

39. Wechsler lacks knowledge or information sufficient to form a belief as to the

truth of the allegations in Paragraph 39 of the Complaint.

## COUNT 1

### CLAIMS AGAINST SETH BERKOWITZ

40. Wechsler incorporates all of its responses to the preceding paragraphs as if fully set forth herein.

41. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 of the Complaint.

42. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 of the Complaint.

43. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 of the Complaint.

44. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 of the Complaint.

45. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 of the Complaint.

46. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 of the Complaint.

47. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 of the Complaint.

## COUNT II

### CLAIMS AGAINST MARK AND LOUIS BERKOWITZ
### FOR PREFERENTIAL AND/OR FRAUDULENT TRANSFERS

48. Wechsler incorporates all of its responses to the preceding paragraphs as if fully

set forth herein.

49. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 of the Complaint.

50. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 of the Complaint.

51. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 of the Complaint.

52. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 of the Complaint.

53. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 of the Complaint.

54. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 of the Complaint.

55. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55 of the Complaint.

56. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 of the Complaint.

57. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 of the Complaint.

58. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 of the Complaint.

59. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59 of the Complaint.

4922-9493-4350, v. 4

60. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60 of the Complaint.

61. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61 of the Complaint.

62. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62 of the Complaint.

63. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 of the Complaint.

64. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 of the Complaint.

65. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 of the Complaint.

66. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 66 of the Complaint.

## COUNT III

## CLAIMS AGAINST ARION FUND MANAGEMENT LLC AND SETH BERKOWITZ

67. Wechsler incorporates all of its responses to the preceding paragraphs as if fully set forth herein.

68. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 68 of the Complaint.

69. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 69 of the Complaint.

70. Wechsler lacks knowledge or information sufficient to form a belief as to the

truth of the allegations contained in Paragraph 70.

71. The allegations contained in Paragraph 71 of the Complaint are legal conclusions and therefore, no response is necessary.

72. The allegations contained in Paragraph 72 of the Complaint are legal conclusions and therefore, no response is necessary.

73. The allegations in Paragraph 73 of the Complaint are legal conclusions and therefore, no response is necessary.

74. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 74 of the Complaint.

## COUNT IV

## CLAIMS AGAINST BMW BANK a/k/a BMW FINANCIAL SERVICES AND SETH BERKOWITZ

75. Wechsler incorporates all of its responses to the preceding paragraphs as if fully set forth herein.

76. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 76 of the Complaint.

77. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 77 of the Complaint.

78. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 78 of the Complaint.

79. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 79 of the Complaint.

80. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 of the Complaint.

4922-9493-4350, v. 4

81. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 of the Complaint.

## COUNT V

## CLAIMS AGAINST BOROUGH OF SADDLE RIVER AND SETH BERKOWITZ

82. Wechsler incorporates all of its responses to the preceding paragraphs as if fully set forth herein.

83. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 83 of the Complaint.

84. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 of the Complaint.

85. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 85 of the Complaint.

86. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 86 of the Complaint.

87. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 87 of the Complaint.

88. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 88 of the Complaint.

## COUNT VI

## CLAIMS AGAINST LEVITIN & ASSOCIATES P.C., MOSHE WECHSLER AND SETH BERKOWITZ

89. Wechsler incorporates all of its responses to the preceding paragraphs as if fully set forth herein.

90. Wechsler denies the allegations contained in Paragraph 90 of the Complaint.

91. Wechsler denies the allegations contained in Paragraph 91 of the Complaint.

92. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92 of the Complaint.

93. The allegations contained in Paragraph 93 of the Complaint are legal conclusions and therefore, no response is necessary.

94. Wechsler denies the allegations contained in Paragraph 94 of the Complaint.

95. Wechsler denies the allegations contained in Paragraph 95 of the Complaint.

96. Wechsler denies the allegations contained in Paragraph 96 of the Complaint.

97. The allegations contained in Paragraph 97 of the Complaint are legal conclusions and therefore, no response is necessary.

98. Wechsler denies the allegations contained in Paragraph 98 of the Complaint.

99. Wechsler denies the allegations contained in Paragraph 99 of the Complaint.

100. The allegations contained in Paragraph 100 of the Complaint are legal conclusions, and therefore, no response is necessary.

101. The allegations contained in Paragraph 101 of the Complaint of legal conclusions, and therefore, no response is necessary.

102. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 102.

103. The allegations contained in Paragraph 103 of the Complaint are legal conclusions, and therefore, no response is necessary.

104. The allegations contained in Paragraph 104 of the Complaint are legal conclusions, and therefore, no response is necessary.

4922-9493-4350, v. 4

105. The allegations contained in Paragraph 105 of the Complaint are legal conclusions, and therefore, no response is necessary.

## COUNT VII

### CLAIMS AGAINST BJC MIVKAH INC. AND MOSHE WECHSLER

106. Wechsler incorporates all of its responses to the preceding paragraphs as if fully set forth herein.

107. Wechsler admits the allegations contained in Paragraph 107 of the Complaint as asserted against Wechsler herein.

108. Wechsler denies the allegations contained in Paragraph 108 of the Complaint as asserted against Wechsler herein.

109. Wechsler denies the allegations contained in Paragraph 109 of the Complaint.

110. Wechsler denies the allegations contained in Paragraph 110 of the Complaint.

111. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 111 of the Complaint.

112. Wechsler denies the allegations contained in Paragraph 112 of the Complaint.

113. Wechsler denies the allegations contained in Paragraph 113 of the Complaint.

## COUNT VIII

### CLAIMS AGAINST ALLIED SALT LLC AND SETH BERKOWITZ

114. Wechsler incorporates all of its responses to the preceding paragraphs as if fully set forth herein.

115. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 115 of the Complaint.

116. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 116 of the Complaint.

117. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 117 of the Complaint.

118. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 118 of the Complaint.

119. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 119 of the Complaint.

120. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 120 of the Complaint.

121. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 121 of the Complaint.

122. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 122 of the Complaint.

123. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 123 of the Complaint.

124. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 124 of the Complaint.

125. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 125 of the Complaint.

## COUNT IX

## CLAIMS AGAISNT SETH BERKOWITZ TO VOID RELEASES

126. Wechsler incorporates all of its responses to the preceding paragraphs as if fully set forth herein.

127. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 127 of the Complaint.

128. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 128 of the Complaint.

129. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 129 of the Complaint.

130. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 130 of the Complaint.

131. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 131 of the Complaint.

## COUNT X

## CLAIMS AGAINST JOHN DOES AND SETH BERKOWITZ

132. Wechsler incorporates all of its responses to the preceding paragraphs as if fully set forth herein.

133. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 133 of the Complaint.

134. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 134 of the Complaint.

135. Wechsler lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 135 of the Complaint.

4922-9493-4350, v. 4

**Answer To the Wherefore Paragraphs**

The paragraphs after paragraphs 47, 66, 74, 81, 88, 105, 113, 125, 131, and 138 are "WHEREFORE" paragraphs that contains legal conclusions to which no response is required. To the extent a response may be required, Wechsler admits that the Plaintiff is requesting entry of a judgment, but Wechsler denies the fact allegations to the extent directed at Wechsler.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

The relief sought in the Complaint is barred to the extent that each of the transfers that forms the basis of the Complaint was intended by the party for whose benefit the transfer was made to be a contemporaneous exchange for new value given and was, in fact, a substantially contemporaneous exchange.

**THIRD AFFIRMATIVE DEFENSE**

The relief sought in the Complaint is barred to the extent that each of the transfers that forms the basis of the Complaint was in payment of a debt incurred by the Debtor in the ordinary course of business or financial affairs of the Debtor and Wechsler, and such transfer was a) made in the ordinary course of business or financial affairs of the Debtor and Wechsler, or b) made according to ordinary business terms.

**FOURTH AFFIRMATIVE DEFENSE**

The relief sought in the Complaint is barred to the extent that each of the transfers that forms the basis of the Complaint was to, or for the benefit of, the Debtor to the extent that after

14

such transfer, Wechsler gave new value to or for the benefit of the Debtor a) not secured by an otherwise unavoidable security interest, and b) on account of which new value the Debtor did not make an otherwise unavoidable transfer to or for the benefit of such creditor.

### FIFTH AFFIRMATIVE DEFENSE

The relief sought in the Complaint is barred by offsets to which Wechsler is entitled.

### SIXTH AFFIRMATIVE DEFENSE

The relief sought in the Complaint is barred to the extent that the claims raised therein are subject to the doctrine of accord and satisfaction.

### SEVENTH AFFIRMATIVE DEFENSE

The relief sought in the Complaint is barred to the extent that the claims raised therein are subject to the principles of estoppel.

### EIGHTH AFFIRMATIVE DEFENSE

The relief sought in the Complaint is barred to the extent that the claims raised therein are subject to the doctrine of laches.

### NINTH AFFIRMATIVE DEFENSE

The relief sought in the Complaint is barred to the extent that the claims raised therein are subject to the doctrine of waiver.

### TENTH AFFIRMATIVE DEFENSE

To the extent Wechsler received the transfers referenced in the Complaint, such transfers were not made while the Debtor was insolvent.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims may be barred, in whole or in part, under the applicable statute of limitations.

4922-9493-4350, v. 4

**TWELFTH AFFIRMATIVE DEFENSE**

Debtor received each of the transfers that the Complaint seeks to avoid under 11 U.S.C. §§ 544, 548 and 550 in good faith and for reasonably equivalent value and/or fair consideration under the Bankruptcy Code and/or applicable state law debtor and creditor law.

**THIRTEENTH AFFIRMATIVE DEFENSE**

The Complaint fails to meet the requirements for a fraudulent transfer or fraudulent conveyance under either the Bankruptcy Code or applicable state law debtor and creditor law. Wechsler received the alleged transfers that the Complaint seeks to avoid for value or fair consideration, in good faith, without knowledge of the purported avoidability of such transfers and in satisfaction of a pre-existing debt.

**FOURTEENTH AFFIRMATIVE DEFENSE**

The Trustee's claims fail to plead each element of a fraudulent transfer under 11 U.S.C. § 548 with sufficient particularity

**FIFTEENTH AFFIRMATIVE DEFENSE**

Wechsler is not an initial, immediate, or mediate transferee as contemplated by Bankruptcy Code Section 550.

**SIXTEENTH AFFIRMATIVE DEFENSE**

Wechsler denies each and every allegation of the Complaint not admitted or otherwise controverted or qualified and further denies that Plaintiff is entitled to any relief whatsoever from Wechsler.

**Reservation of Rights**

Wechsler reserves the right to amend this Answer and to assert additional defenses and/or assert counterclaims and/ or supplement, alter or change its Answer and affirmative defenses

upon completion of appropriate investigation and discovery.

WHEREFORE, Wechsler respectfully requests that judgment be entered in its favor on all claims asserted by Plaintiff, that it be awarded its reasonable costs and attorneys' fees as allowed by law, and that it obtains such other and further relief as this Court deems to be just and proper.

Dated: June 18, 2025
      Roseland, NJ

                              MANDELBAUM BARRETT PC

                              By: /s/ Vincent J. Roldan
                                  Vincent J. Roldan
                                  Joshua Bauchner
3 Becker Farm Road
Roseland, NJ 07068
(973) 974-9815
vroldan@mblawfirm.com
jbauchner@mblawfirm.com

4922-9493-4350, v. 4